[No. 23271–1–I.  Division One.  October 15, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MICHAEL MORROW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87–1–03898–6, Donald D. Haley, J., entered October 24, 1988. *Reversed* by unpublished opinion per Baker, J., concurred in by Webster and Pekelis, JJ.

[No. 24278–4–I.  Division One.  October 15, 1990.]

TIMOTHY A. DOSIER, ET AL, *Respondents*, v. WOODINVILLE WATER DISTRICT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88–2–12805–7, Frank H. Roberts, Jr., J., entered May 31, 1989. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Winsor and Forrest, JJ.

[No. 10377–3–III.  Division Three.  October 16, 1990.]

VAUGHN R. RANSOM, ET AL, *Respondents*, v. THE ESTATE OF GRANT F. GROESBECK, ET AL, *Defendants*,
FARMERS & MERCHANTS BANK
OF ROCKFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 88–2–00285–7, Thomas E. Merryman, J., entered October 19, 1989. *Affirmed* by unpublished opinion per Green, A.C.J., concurred in by Thompson and Shields, JJ.